



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re: *United States v. Jamar Baker*, 14 Cr. 512 (PAE)

Dear Judge Engelmayer:

    The parties jointly write to request an adjournment of the May 11, 2022 violation of supervised release conference in the above-captioned matter. As the Court is aware, Mr. Baker has been charged in a separate case before Judge Kaplan, 22 Cr. 200, with the same conduct underlying the alleged violation. During Mr. Baker's initial appearance before Judge Kaplan, the Court scheduled a status conference for June 14—with any defense motions due to be fully briefed by June 10—and set a September 13 trial date.

    Due to the overlap between the instant proceeding and the case before Judge Kaplan, the parties respectfully request that the Court adjourn the May 11 conference and set a control date in late June or early July. The parties will submit another status letter by June 17.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

by: _____
    Patrick R. Moroney
    Assistant United States Attorney
    (212) 637-2330

**GRANTED.** The conference is adjourned to June 30, 2022 at 2:00 p.m.
The Clerk of Court is requested to terminate the motion at Dkt. No. 82.

                                                                   4/29/2022
            SO ORDERED.

                                    _____
                                    PAUL A. ENGELMAYER
                                    United States District Judge