

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2022

**BY ECF**

Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Jamar Baker*, 14 Cr. 512 (PAE)

Dear Judge Engelmayer:

The parties jointly write to request a sixty-day adjournment of the June 30, 2022 violation of supervised release conference in the above-captioned matter. As the Court is aware, Mr. Baker has been charged in a separate case before Judge Kaplan, 22 Cr. 200, with the same conduct underlying the alleged violation. The Government has issued a *Pimentel* letter in that matter and the parties have engaged in discussions about a potential resolution. The defense did not file any pretrial motions, and the next appearance before Judge Kaplan is jury selection on September 13.

Due to the overlap between the instant proceeding and the case before Judge Kaplan, the parties respectfully request that the Court adjourn the June 30 conference for approximately sixty days, at which point the parties anticipate having a better sense of the likely outcome of the proceeding before Judge Kaplan.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Patrick R. Moroney
Assistant United States Attorney
(212) 637-2330

**GRANTED.** The conference is adjourned to August 29, 2022 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 84.

SO ORDERED.    6/28/2022

_____
PAUL A. ENGELMAYER
United States District Judge