**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 19, 2022

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>**United States v. Jamar Baker**</u>
14 Cr. 512 (PAE)

Dear Judge Engelmayer,

    I write to request an adjournment of the status conference currently scheduled for August 29, 2022 at 11:00 a.m. The government, by Assistant United States Attorney Patrick Moroney, has no objection to this request.

    As the Court is aware, Mr. Baker has been charged in a separate case before Judge Kaplan, 22 Cr. 200, with the same conduct underlying the alleged violation. Mr. Baker recently entered a guilty plea in that matter. <u>See</u> 22 Cr. 200 (LAK), Dkt. No. 16. Given the substantive overlap between the cases, and these recent developments, the requested adjournment will enable us to determine how best to proceed toward a resolution of the instant violation.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
212-417-8729

cc:    Patrick Moroney
        Assistant United States Attorney

**GRANTED.** The conference is adjourned to November 30, 2022 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 86.

8/19/2022

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge