# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 10, 2022

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Jamar Baker, 14 Cr. 512 (PAE)**
       **United States v. Jamar Baker, 22 Cr. 200 (LAK)**

Dear Judge Engelmayer and Judge Kaplan,

Mr. Baker has an open criminal case pending before Judge Kaplan in 22 Cr. 200. In that case, Mr. Baker pled guilty to Count One of the Indictment and Judge Kaplan accepted that plea. See 22 Cr. 200, Dkt. No. 16. Mr. Baker's sentencing before Judge Kaplan is scheduled for November 28, 2022.

Mr. Baker also has a pending violation of his supervised release petition pending before Judge Engelmayer in 14 Cr. 512. The supervised release violation specifications charge Mr. Baker with the same actions charged in Count One of the Indictment filed before Judge Kaplan, to which Mr. Baker has admitted guilt.

We ask that Your Honors allow the transfer of the violation proceedings from Judge Engelmayer to Judge Kaplan, to the date of Mr. Baker's pending sentencing, so that both the new conviction and violation can be considered by a single court. Given that the underlying conduct in both proceedings is identical, our sentencing presentation would largely be the same in both cases.

The Government, by Assistant United States Attorney Patrick Moroney, and the Probation Department, by Supervising Officer David Mulcahy, have no objection to this request.

Thank you both for your consideration of this matter.

Respectfully submitted,
/s/
Sylvie Levine & Mark Gombiner
Counsel for Mr. Baker

**GRANTED.** Judges Engelmayer and Kaplan have conferred and both approve the transfer of 14 Cr. 512 (PAE), in which a supervised release violation is pending that tracks a charge in 22 Cr. 200 (LAK), to Judge Kaplan. The Clerk of Court is requested to terminate the motion at Dkt. No. 89.

SO ORDERED.                                          11/14/2022

*Paul A. Engelmayer*
PAUL A. ENGELMAYER